MAGILL *v.* COX.

HEDGE *v.* GRAHAM.

*Tuesday,*
*June 28.*

APPEALS from the *Parke* Circuit Court, and the *Carroll* Court of Common Pleas.

*Per Curiam.*—In these cases, there are no errors assigned upon the transcripts of the record. 2 R. S. p. 161, § 568. The causes are, therefore, not properly before us.

The appeals are dismissed with costs.